THERESA A. KRISTOVICH (SBN: 66490)
A. LOUIS DORNY (SBN: 212054)
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Plaintiff
GOLDEN STATE FOODS, CORP.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN STATE FOODS CORP., a California Corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>COLUMBIA/OKURA LLC, a Washington Limited Liability Corporation, and DOES 1 through 100, inclusive,<br><br>          Defendants. | CASE NO. 2:13-CV08150-RSWL (VBKx)<br><br>**[PROPOSED] ORDER** |

Good cause appearing, the Court approves and enters this Stipulation and Protective Order governing discovery material.

**IT IS SO ORDERED.**


Dated: June 13, 2014          _____/s/_____
                              The Hon. Victor B. Kenton