CLOSED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN STATE FOODS CORP., a California Corporation,<br><br>　　Plaintiff,<br><br>　　v.<br><br>COLUMBIA/OKURA LLC, a Washington Limited Liability Corporation; and DOES 1 through 100, inclusive,<br><br>　　Defendants. | CV 13-8150 RSWL (VBKx)<br><br>**JUDGMENT** |

　　Having granted Defendant Columbia/Okura LLC's Motion for Summary Judgment, or in the Alternative, for Summary Adjudication [15] on June 26, 2014 [25],

///

///

///

1

1  **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that
2  this Action be dismissed without prejudice, and that
3  Defendant Columbia/Okura LLC recover its costs.
4
5  **IT IS SO ORDERED.**
6  DATED: July 3, 2014
7
8  *RONALD S.W. LEW*
   _____
9  **HONORABLE RONALD S.W. LEW**
   Senior U.S. District Judge